IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEBRA CARNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:13-cv-00527 |
| v. | ) Senior Judge Haynes |
| | ) |
| SUNCREST HEALTHCARE OF MIDDLE | ) |
| TENNESSEE, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff's exception to and motion for review of costs taxable by Clerk (Docket Entry No. 64) is **DENIED**. The Court **AWARDS** Defendant costs in the amount of $2,744.95.

It is so **ORDERED**.

ENTERED this the 28th day of September, 2016.

_____
WILLIAM J. HAYNES, JR.
United States District Judge